IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN DELONG | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  24-5212 |
| | : | |
| PHE, INC. | : | |

# ORDER

**AND NOW**, this 25th day of August 2025, upon considering defendant's motion to dismiss (DI 8), plaintiff's opposition (DI 10), defendant's reply (DI 13), plaintiff's notice of supplemental authority (DI 18), defendant's reply (DI 19), following oral argument held on June 26, 2025, and for reasons in the accompanying memorandum, it is **ORDERED** defendant's motion to dismiss (DI 8) is **GRANTED**.  The case is dismissed **without prejudice**.  Any amended complaint is due no later than **September 8, 2025**.

_____
MURPHY, J.